IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ARNOLD HIRAHARA, Q. BRITT )    CIV. NO. 14-00410 HG-RLP
CORMIER, )
    )
    Plaintiffs, )
            vs. )
    )
EXTRA SPACE STORAGE )
HONOLULU, )
    )
    Defendants. )
_____ )
    )
EXTRA SPACE STORAGE )
HONOLULU, )
    )
    Counterclaim-Plaintiff )
    )
            vs. )
    )
Q. BRITT CORMIER, )
    )
    Counterclaim-Defendant. )
_____ )

ORDER ADOPTING MAGISTRATE JUDGE'S
AMENDED FINDINGS AND RECOMMENDATION (ECF No. 26)

Findings and Recommendation having been filed and served on all parties

on December 11, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Amended

Findings and Recommendation to Grant in Part and Deny in Part Plaintiff Q. Britt

Cormier's Motion to Remove her as a Plaintiff (ECF No. 26) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: January 8, 2015, Honolulu, Hawaii.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge